UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN FREIGHT, LLC and AMERICAN FREIGHT MANAGEMENT COMPANY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN GOSIK and KARL FINLEY,<br><br>Defendants. | Case No. 2:22-cv-2733-SDM-CMV<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## DEFAULT JUDGMENT ENTRY

This matter is before the Court upon American Freight's Motion for Default Judgment. ECF No. 25.  Upon consideration of the foregoing, the Court finds that Defendants are in default for failure to plead or otherwise defend in response to the Petition, which seeks to have the Court confirm a final arbitration award issued June 13, 2022 ("Final Award")(ECF No. 1-5), and that a default judgment is authorized and appropriate pursuant to Rule 55(b)(2) of the Federal Rules of Civil procedure.  It is therefore:

**ORDERED** that the Final Award is confirmed and **JUDGMENT** is entered in favor of American Freight, LLC and American Freight Management Company, LLC, against Defendants Gavin Gosik and Karl Finley, as follows:

  A. payment in the amount of $269,456.90, for which Mr. Gosik and Mr. Finley are jointly and severally liable as set forth in the Final Award;

  B. payment in the amount of $50,000, for which Mr. Gosik is individually liable;

  C. payment in the amount of $50,000, for which Mr. Finley is individually liable ;

D.  post-judgment interest, as set forth in the Final Award, in the amount of 3% per annum for 2022, 5% per annum for 2023 and such future rates if needed pursuant to Ohio R.C. § 1343.03; and

E.  costs incurred by American Freight in the amount of $402.00, representing the filing fee in this action.

**IT IS SO ORDERED.**

          s/ Sarah D. Morrison

          _____
          **SARAH D. MORRISON**
          **UNITED STATES DISTRICT JUDGE**